## LUCAS, BRYANT & DENNING v. INGRAM

No. 414P97

Case below: 126 N.C.App. 437

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.

## MARTIN MARIETTA TECHNOLOGIES v. BRUNSWICK COUNTY

No. 421PA97

Case below: 126 N.C.App. 806

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997 as to the following issue only: Does the Rule 54(b) certification contained in the trial court's June 11, 1996 order together with a final determination on MM's First through Fourth Causes of Action confer appellate jurisdiction pursuant to Rule 54(b)?

## MARTIN v. WHISNANT

No. 509P97

Case below: 127 N.C.App. 556

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.

## MAYNOR v. ONSLOW COUNTY

No. 517P97

Case below: 127 N.C.App. 102

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 December 1997.

## McFADYEN v. FREEMAN

No. 446P97

Case below: 127 N.C.App. 202

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.